UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISAAC MIKE ABERGEL,

                Plaintiff,

        -against-

JUUL LABS, INC.,

                Defendant.

19-CV-6337

ORDER GRANTING IFP APPLICATION

COLLEEN McMAHON, Chief United States District Judge:

    Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C. § 1915.

SO ORDERED.

Dated:   July 19, 2019
           New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge